COPY

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1   David Martinez, CA Bar No. 193183
    DMartinez@rkmc.com
2   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    2049 Century Park East, Suite 3400
3   Los Angeles, CA 90067-3208
    Telephone:   (310) 552-0130
4   Facsimile:    (310) 229-5800

5   Ronald J. Schutz (*pro hac vice to be submitted*)
    RJSchutz@rkmc.com
6   Mary E. Kiedrowski (*pro hac vice to be submitted*)
    MEKiedrowski@rkmc.com
7   Angela M. Munoz-Kaphing (*pro hac to be submitted*)
    AMMunoz@rkmc.com
8   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    2800 LaSalle Plaza
9   800 LaSalle Avenue
    Minneapolis, MN 55402
10  Telephone:   (612) 349-8500
    Facsimile:    (612) 339-4181

11
    Attorneys for Plaintiff
12  IPVENTURE, INC.

13                  **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15                  CV 10       4755

16  IPVENTURE, INC., a California        Case No. _____
    Corporation,
17                                       **COMPLAINT FOR PATENT
                      Plaintiff,         INFRINGEMENT**               HRL
18
    v.                                   **[JURY TRIAL DEMANDED]**
19
    CELLCO PARTNERSHIP d/b/a
20  VERIZON WIRELESS, a Delaware
    partnership, AT&T INC., a Delaware
21  corporation, AT&T MOBILITY, LLC, a
    Delaware limited liability company,
22  SPRINT NEXTEL CORPORATION, a
    Kansas corporation, and SPRINT
23  SPECTRUM, LP, a Delaware limited
    partnership,
24
                      Defendants.
25

26  ///

27  ///

28  ///

81793441.1

**COMPLAINT FOR PATENT
INFRINGEMENT**

IpVenture, Inc. states and alleges as follows:

## NATURE OF THE ACTION

1.       This is an action for patent infringement.  Plaintiff IpVenture, Inc. ("Plaintiff" or "IpVenture") is the assignee of United States Patent No. 7,366,522 ("the '522 patent") entitled "Method and System for Location Tracking."  A copy of the '522 patent is attached hereto as Exhibit 1.  The '522 patent is generally directed to a system and method for location tracking, location utilization, and dissemination and management of location information.

## THE PARTIES

2.       Plaintiff IpVenture, Inc. is a California corporation having its principal place of business at 5150 El Camino Real, Building A, Suite 22, Los Altos, California 94022.

3.       Defendant Cellco Partnership d/b/a Verizon Wireless Inc. ("Verizon") is a Delaware Partnership having its principal place of business at One Verizon Way, Basking Ridge, New Jersey 07920, and doing business throughout this judicial district and throughout the United States.

4.       Defendant AT&T Inc. is a Delaware Corporation having its principal place of business at 208 S. Akard St., Suite 3700, Dallas, Texas 75202, and doing business throughout this judicial district and throughout the United States.

5.       Defendant AT&T Mobility, LLC is a Delaware Limited Liability Company having its principal place of business at 5565 Glenridge Dr. NE, Atlanta, Georgia 30342, and doing business throughout this judicial district and throughout the United States.

6.       Defendant Sprint Nextel Corporation is a Kansas Corporation having its principal place of business at 6200 Sprint Parkway, Overland Park, Kansas 66251, and doing business throughout this judicial district and throughout the United States.

7.       Defendant Sprint Spectrum, LP is a Delaware Limited Partnership having its principal place of business at 6160 Sprint Parkway, Overland Park, Kansas 66251, and doing business throughout this judicial district and throughout the United States.

81793441.1

**COMPLAINT FOR PATENT INFRINGEMENT**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

## JURISDICTION

8.      This is an action for patent infringement arising under the patent laws of the United States of America, 35 U.S.C. section 1, et seq., including 35 U.S.C. section 271. This Court has subject matter jurisdiction pursuant to 28 U.S.C. sections 1331 and 1338(a) in that this is a civil action arising out of the patent laws of the United States of America.

9.      This Court has personal jurisdiction over Verizon because it has committed acts giving rise to this action within California and within this judicial district and has established minimum contacts within the forum such that the exercise of jurisdiction over Verizon would not offend traditional notions of fair play and substantial justice.

10.     For example, Verizon has committed acts of infringement in this District, by among other things, offering to sell and selling its Family Locator product and/or service that infringes claims of the '522 patent.

11.     This Court has personal jurisdiction over AT&T Inc. and AT&T Mobility, LLC (collectively "AT&T") because it has committed acts giving rise to this action within California and within this judicial district and has established minimum contacts within the forum such that the exercise of jurisdiction over AT&T would not offend traditional notions of fair play and substantial justice.

12.     For example, AT&T has committed acts of infringement in this District, by among other things, offering to sell and selling its FamilyMap product and/or service that infringes claims of the '522 patent.

13.     AT&T identifies California as one of the 22 states that are "key AT&T U.S. Service Regions." *See* Exhibit 2.

14.     This Court has personal jurisdiction over Sprint Nextel Corporation and Sprint Spectrum, LP (collectively "Sprint") because it has committed acts giving rise to this action within California and within this judicial district and has established minimum contacts within the forum such that the exercise of jurisdiction over Sprint would not offend traditional notions of fair play and substantial justice.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81793441.1

**COMPLAINT FOR PATENT INFRINGEMENT**

15.     For example, Sprint has committed acts of infringement in this District, by among other things, offering to sell and selling its Family Locator product and/or service that infringes claims of the '522 patent.

## VENUE

16.     Venue in the Northern District of California is proper pursuant to 28 U.S.C. sections 1391(b), (c), and 1400(b) because Verizon, AT&T, and Sprint (collectively, the "Defendants") have committed acts within this judicial district giving rise to this action, and the Defendants have and continue to conduct business in this judicial district, including one or more acts of selling, using, importing, and/or offering for sale products or providing service and support to the Defendants' customers in this District.

17.     Venue in the Northern District of California is also proper because IpVenture is organized and governed by the incorporation laws of California and subject to taxes in California. IpVenture maintains a registered agent for service of process in California.  IpVenture maintains an office within this District at 5150 El Camino Real, Building A, Suite 22, Los Altos, California 94022.  IpVenture maintains originals and copies of its documents in this office space.

18.     Venue in the Northern District of California is also proper because this District is centrally located to resolve common issues of fact among IpVenture and the Defendants.

## FACTUAL BACKGROUND

19.     On April 29, 2008, U.S. Patent No. 7,366,522 (the '522 patent) entitled "Method and System for Location Tracking" was duly and legally issued to inventor C. Douglass Thomas. The '522 patent is attached as Exhibit 1.

20.     On October 19, 2010, Guardian Location Systems, LLC assigned the '522 patent to IpVenture.  The assignment document is attached as Exhibit 3.

21.     IpVenture owns all rights and interests in the '522 patent.

## U.S. PATENT NO. 7,366,522

22.     The '522 patent states that "[t]he present invention relates to computing or communication devices and, more particularly, to location tracking of computing or communication devices."  *See* Exhibit 1, at col. 1, ll. 16-18.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

COMPLAINT FOR PATENT
INFRINGEMENT

23.     The '522 patent also states that "[t]he invention can be implemented in numerous ways including, a method, system, device, and a computer readable medium." *See* Exhibit 1, at col. 1, ll. 42-44.

24.     The '522 patent also states that "[a]s a location monitoring system, one embodiment of the invention includes at least: a plurality of mobile computing devices supported by a wireless network, each of the mobile computing devices being associated with and proximate to an object whose location is being monitored; and a web server coupled to a wired network that couples to the wireless network, the web server stores a plurality of locations of each of the mobile computing devices and enables authorized users to access the locations of each of the mobile computing devices via the wired network." *See* Exhibit 1, at col.1, ll. 46-55.

25.     The '522 patent also states that "[t]he invention pertains to techniques for location tracking, location utilization, and dissemination and management of location information." *See* Exhibit 1, at col. 2, ll. 49-51.

## COUNT I

## VERIZON'S WILLFUL INFRINGEMENT OF PATENT NO. 7,366,522

26.     IpVenture restates and realleges each of the allegations set forth above and incorporates them herein.

27.     Verizon is a wireless telecommunications provider with over 99.7 million wireless phone customers. *See* Exhibit 4 (Verizon Wireless – About Us – Facts-at-a-Glance).

28.     Verizon offers a product and/or service called Verizon Family Locator.

29.     Verizon Family Locator provides account holders with "a convenient and valuable service to help [them] securely determine the location of [their] family members' cell phones from the Family Locator website or the Family Locator Mobile Web Site on [their] cell phone[s]." *See* Exhibit 5 (Verizon Family Locator Questions & Answers – General Information – What is Family Locator?).

30.     Verizon Family Locator is available to wireless phone customers with compatible phones subscribed to Verizon's family cell phone plans.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

**COMPLAINT FOR PATENT INFRINGEMENT**

31.     Verizon charges $9.99/month for each phone to be located. *See* Exhibit 6 (Verizon Family Locator Questions & Answers – General Information – How much does Family Locator cost?) ("Family Locator costs $9.99 per month per Locatee line. There is no charge for the Locator line(s). Airtime or Megabyte charges may apply for the application downloads. There is no charge for the Updates or locate attempts associated with Family Locator made from a PC at http://familylocator.vzw.com or the Mobile Phone at http://fl.vzw.com.").

32.     Account holders who sign up for Verizon Family Locator sign in to the service using a password and phone number. *See* Exhibit 7 (Verizon Family Locator Questions & Answers – Configuring & Managing Family Locator – Can anyone else track my Family Member's phone?) ("The account owner with access to account information and the other family members designated as 'Locators', will be able to access the Family Locator account, view location information and set up Locations for Updates to be sent to other individuals that they designate. The location information is only viewable through the Internet on a cell phone or PC. Locations can only be accessed by entering your account information including your password. It is very important that you keep this information private and not disclose your account information and/or password to others.").

33.     Verizon Family Locator allows an account holder to locate his/her family members' wireless phones on a map from the account holder's mobile phone or PC. *See* Exhibit 9 (Verizon Parental Control Center – Verizon Family Locator) ("With Family Locator it's easy to know where your family is. Simply use your mobile device or the Web to view the location of family members with Family Locator-capable devices. Your family members' location information will be displayed on a detailed map."); *see also* Exhibit 8 (Verizon Family Locator Questions & Answers – Configuring & Managing Family Locator – What are the system requirements to use the service?) ("For website use, Internet Explorer browser versions 6.0 and higher as well as Safari and Firefox browsers are supported. For cell phone use, any mobile browser can be used to locate other phones by accessing http://fl.vzw.com.").

34.     Verizon Family Locator operates on a wireless network.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81793441.1

**COMPLAINT FOR PATENT INFRINGEMENT**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

35.     Verizon Family Locator includes a server, including, but not limited to, a server found at http://fl.vzw.com.  *See* Exhibit 8 (Verizon Family Locator Questions & Answers – Configuring & Managing Family Locator – What are the system requirements to use the service?) ("For website use, Internet Explorer browser versions 6.0 and higher as well as Safari and Firefox browsers are supported.  For cell phone use, any mobile browser can be used to locate other phones by accessing http://fl.vzw.com."); *see also* Exhibit 10 (Verizon Family Locator Questions & Answers – Configuring & Managing Family Locator – How do I use my Family Locator from my cell phone?) ("Family Locator is available for use on your cell phone within My Verizon.  Navigate to My Verizon, then click on My Services, then click on Family Locator.  This will launch http://fl.vzw.com from which you can locate your Family Members, send Place Messages, send messages and review your Family Locator settings.").

36.     The server found at http://fl.vzw.com is accessible through a wireless network.  *See* Exhibit 8 (Verizon Family Locator Questions & Answers – Configuring & Managing Family Locator – What are the system requirements to use the service?) ("For website use, Internet Explorer browser versions 6.0 and higher as well as Safari and Firefox browsers are supported.  For cell phone use, any mobile browser can be used to locate other phones by accessing http://fl.vzw.com."); *see also* Exhibit 10 (Verizon Family Locator Questions & Answers – Configuring & Managing Family Locator – How do I use my Family Locator from my cell phone?) ("Family Locator is available for use on your cell phone within My Verizon.  Navigate to My Verizon, then click on My Services, then click on Family Locator.  This will launch http://fl.vzw.com from which you can locate your Family Members, send Place Messages, send messages and review your Family Locator settings.").

37.     An account holder can access family members' locations through the Internet.  *See* Exhibit 8 (Verizon Family Locator Questions & Answers – Configuring & Managing Family Locator – What are the system requirements to use the service?) ("For website use, Internet Explorer browser versions 6.0 and higher as well as Safari and Firefox browsers are supported.  For cell phone use, any mobile browser can be used to locate other phones by accessing http://fl.vzw.com."); s*ee also* Exhibit 9 (Verizon Parental Control Center – Verizon Family

**COMPLAINT FOR PATENT INFRINGEMENT**

Locator) ("With Family Locator it's easy to know where your family is.  Simply use your mobile device or the Web to view the location of family members with Family Locator-capable devices. Your family members' location information will be displayed on a detailed map.").

38.     Verizon Family Locator gives an account holder the ability to control the access to the locations of the mobile phones on the account.  *See* Exhibit 7 (Verizon Family Locator Questions & Answers – Configuring & Managing Family Locator – Can anyone else track my Family Member's phone?) ("The account owner with access to account information and the other family members designated as 'Locators', will be able to access the Family Locator account, view location information and set up Locations for Updates to be sent to other individuals that they designate. The location information is only viewable through the Internet on a cell phone or PC. Locations can only be accessed by entering your account information including your password.  It is very important that you keep this information private and not disclose your account information and/or password to others."); *see also* Exhibit 11 (Verizon Family Locator Questions & Answers – Using Family Locator – How do I manage my privacy settings?).

39.     Verizon Family Locator is not able to locate phones on the account that have been powered off.  *See* Exhibit 12 (Verizon Family Locator Questions & Answers – Using Family Locator – What can cause a delay . . . ?) ("Most often the phone has been turned off or is on a call both of which prevent completion of location requests.").

40.     One setting in the Verizon Family Locator requires that the locatee phone "first accept any Location or New Arrival [and] Departure Update request."  *See* Exhibit 11 (Verizon Family Locator Questions & Answers – Using Family Locator – How do I manage my privacy settings?).

41.     An account holder can set up Scheduled Updates and/or Arrival and Departure alerts to verify when the designated locatee phone arrives at or departs from a specified location.  *See* Exhibit 13 (Verizon Family Locator Questions & Answers – Using Family Locator – When do I receive Arrival and Departure updates on my phone?) ("An Arrival & Departure Update is sent to your cell phone when the designated Locatee arrives at or departs from a specified location.  You set up locations within the Locations tab on the Family Locator website.  You set up Arrival &

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

**COMPLAINT FOR PATENT INFRINGEMENT**

81793441.1

Departure updates within the Updates tab on the Family Locator website."); *see also* Exhibit 7 (Verizon Family Locator Questions & Answers – Configuring & Managing Family Locator – How do I find more details on setting up Scheduled Updates on the web site?) ("Scheduled Updates send messages describing the location of the person carrying the Locatee mobile phone on the time and day(s) of your choosing."); *see also* Exhibit 5 (Verizon Family Locator Questions & Answers – General Information – What is Family Locator?) ("When the Family Member carrying the Family Locator Family Member phone arrives at or leaves a Location, you can be notified via Text Message or Email.  In addition, you can also elect to receive Scheduled Updates at specific dates and times"); *see also* Exhibit 14 (Verizon Family Locator Questions & Answers – Using Family Locator – How can I use Family Locator?").

42.     An account holder can assign labels such as "School," "Home," and "Work" to locations. *See* Exhibit 15 (Verizon Family Locator Questions & Answers – Using Family Locator – How do I create a Location?); *see also* Exhibit 9 (Verizon Parental Control Center – Verizon Family Locator) ("And with arrival and departure updates you can set predetermined locations – like school, home, and soccer practice – then get an instant update when your family members enter or leave the location."); *see also* Exhibit 7 (Verizon Family Locator Questions & Answers – Configuring & Managing Family Locator – How do I find more details on setting up Scheduled Updates on the web site?) ("Scheduled Updates send messages describing the location of the person carrying the Locatee mobile phone on the time and day(s) of your choosing.").

43.     Verizon Family Locator does not allow an account holder to label two different places with the same label.  For example, an account holder cannot label two places "Work."  *See* Exhibit 16.

44.     After an account holder sets up Scheduled Updates and/or Arrival and Departure Alerts for a family member, Verizon Family Locator will locate the family member's phone and send the account holder the location via email or text message, as defined by the account holder. *See* Exhibit 13 (Verizon Family Locator Questions & Answers – Using Family Locator – When do I receive Arrival and Departure updates?) ("An Arrival & Departure Update is sent to your cell phone when the designated Locatee arrives at or departs from a specified location.  You set up

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

**COMPLAINT FOR PATENT INFRINGEMENT**

locations within the Locations tab on the Family Locator website. You set up Arrival & Departure updates within the Updates tab on the Family Locator website."); *see also* Exhibit 7 (Verizon Family Locator Questions & Answers – Configuring & Managing Family Locator – How do I find more details on setting up Scheduled Updates on the web site?) ("Scheduled Updates send messages describing the location of the person carrying the Locatee mobile phone on the time and day(s) of your choosing."); *see also* Exhibit 5 (Verizon Family Locator Questions & Answers – General Information – What is Family Locator?) ("When the Family Member carrying the Family Locator Family Member phone arrives at or leaves a Location, you can be notified via Text Message or Email. In addition, you can also elect to receive Scheduled Updates at specific dates and times.").

45.     Verizon has directly, indirectly, contributorily, and/or by inducement, infringed claims of the '522 patent in this judicial district and elsewhere in the United States, literally and/or under the doctrine of equivalents. *See* Exhibit 17 (identifying preliminary exemplary evidence of Verizon's infringement of the '522 patent).

46.     Verizon does not have a license or permission to use the claimed subject matter in the '522 patent.

47.     Verizon's infringement of the '522 patent has been and is willful.

48.     Verizon knew or should have known of the '522 patent at least as early as April 29, 2008.

49.     The patent application (U.S. 2003/0060212 A1) that issued as the '522 patent ("'522 Patent Application"), was cited on the face of Verizon's U.S. Patent No. 6,999,777, which issued on February 14, 2006 and is entitled **"**Method for providing location information of a wireless communication device."

50.     During prosecution, the examiner of the patent application that issued as Verizon's U.S. Patent No. 6,999,777 rejected some of the application's claims under 35 U.S.C. 102(e) as anticipated by the '522 patent application.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

**COMPLAINT FOR PATENT
INFRINGEMENT**

51.   The '522 patent application was cited on the face of Verizon's U.S. Patent No. 7,013,148, which issued on March 14, 2006 and is entitled **"**Method for providing a current location information of a wireless communication device."

52.   Verizon's knowledge of the '522 patent is evidenced at least by its citation to the '522 patent application in two of its issued patents and the discussion of the '522 patent application during the prosecution of the patent application that issued as Verizon's U.S. Patent No. 6,999,777.

53.   Verizon disregarded an objectively high likelihood that the making, using, selling, and offering to sell Verizon Family Locator infringed the '522 patent.

54.   Verizon will continue to willfully infringe the '522 patent, and thus cause irreparable injury and damage to IpVenture, unless enjoined by this Court.

## COUNT II

## AT&T'S WILLFUL INFRINGEMENT OF PATENT NO. 7,366,522

55.   IpVenture restates and realleges each of the allegations set forth above and incorporates them herein.

56.   AT&T is a wireless telecommunications provider with over 87 million wireless customers. *See* Exhibit 18 (Consumer Services Quick Facts).

57.   AT&T offers a product and/or service called AT&T FamilyMap.

58.   AT&T's FamilyMap is available to wireless customers with compatible phones subscribed to the same AT&T wireless account.

59.   After 30 days of free service, AT&T charges $9.99 per month to locate up to two phones and $14.99 per month to locate up to five phones. *See* Exhibit 20 (AT&T FamilyMap – Help – Signing Up) ("There are two pricing options.  You can locate up to two phones for $9.99 a month or you can locate up to five phones for $14.99 a month.  Your first 30 days of service are FREE! Standard data and messaging charges apply.  If you do not cancel prior to the end of the free 30 days, you will automatically be subscribed and charged either $9.99 per month thereafter to locate up to two family members or $14.99 per month thereafter to locate up to five family members unless you cancel service.").

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

**COMPLAINT FOR PATENT INFRINGEMENT**

60.     Account holders who sign up for AT&T FamilyMap sign in to the service using a password and phone number. *See* Exhibit 21 (AT&T FamilyMap – Help – Locating) ("Simply enter familymap.att.com into your mobile browser and sign in with the same phone number and password you use to access AT&T FamilyMap from your computer.").

61.     AT&T FamilyMap allows an account holder to conveniently locate his/her family members' wireless phones on a map from the account holder's mobile phone or computer. *See* Exhibit 19 (AT&T FamilyMap – Help – How It Works) ("Locate your family members with AT&T FamilyMap! Get peace of mind by being able to conveniently locate a family member's wireless phone on a map from your mobile phone or PC."); s*ee also* Exhibit 21 (AT&T FamilyMap – Help – Locating) ("AT&T FamilyMap has a mobile browser application that allows you to locate your family members from any mobile phone. Simply enter familymap.att.com into your mobile browser and sign in with the same phone number and password you use to access AT&T FamilyMap from your computer.").

62.     AT&T FamilyMap uses a number of techniques to determine a phone's location. *See* Exhibit 22 (AT&T FamilyMap – Help – How It Works – How accurate is AT&T FamilyMap?) ("AT&T FamilyMap uses a number of techniques to determine a phone's location.").

63.     AT&T FamilyMap operates on a wireless network.

64.     AT&T FamilyMap includes a server, including, but not limited to, a server found at familymap.att.com. *See* Exhibit 21 (AT&T FamilyMap – Help – Locating) ("AT&T FamilyMap has a mobile browser application that allows you to locate your family members from any mobile phone. Simply enter familymap.att.com into your mobile browser and sign in with the same phone number and password you use to access AT&T FamilyMap from your computer.").

65.     The server found at familymap.att.com is accessible through a wireless network. *See* Exhibit 21 (AT&T FamilyMap – Help – Locating) ("AT&T FamilyMap has a mobile browser application that allows you to locate your family members from any mobile phone. Simply enter familymap.att.com into your mobile browser and sign in with the same phone number and password you use to access AT&T FamilyMap from your computer.").

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81793441.1

**COMPLAINT FOR PATENT INFRINGEMENT**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

MINNEAPOLIS

66.     An account holder can access family members' locations through the Internet.  *See* Exhibit 21 (AT&T FamilyMap – Help – Locating) ("AT&T FamilyMap has a mobile browser application that allows you to locate your family members from any mobile phone.  Simply enter familymap.att.com into your mobile browser and sign in with the same phone number and password you use to access AT&T FamilyMap from your computer.").

67.     AT&T FamilyMap gives an account holder the ability to control the visibility of the locations of the mobile phones on the account.  *See* Exhibit 23 (AT&T FamilyMap – Help – Security & Privacy – Are tools available to help manage privacy preferences on my family's account?) ("Because AT&T values your privacy and knows that the visibility of your mobile phone's location is information you should control, we created tools that give the Account Holder of your AT&T wireless account the ability to manage the privacy preferences of phones on your account.  These tools let the Account Holder choose whether your phones are allowed to be tracked by others.").

68.     "For security reasons, phones receive a text message from AT&T FamilyMap when they become locatable.  Additionally, locatable phones receive a periodic notification via text message that they can be located.  These messages are received about once a month.  Subscribers have the option of notifying a phone every time it is located in lieu of periodic notifications."  *See* Exhibit 24 (AT&T FamilyMap Security & Privacy – Do family members know when I locate them?).

69.     AT&T FamilyMap is not able to locate phones on the account that have been powered off.  *See* Exhibit 21 (AT&T FamilyMap – Help – Locating) (listing "The phone is powered off" under "Why don't I always get a location?").

70.     An account holder can set up a Schedule Check to verify that his or her child arrived home from school each day.  *See* Exhibit 19 (AT&T FamilyMap – Help – How It Works) ("Want to verify that your child arrives home from school each day?  Set up a Schedule Check to automatically get location information sent to you via text message or email."); *see also* Exhibit 25 (AT&T FamilyMap – Help – How It Works –  What are Schedule Checks?) ("Schedule Checks allow you to set a day and time to automatically locate a family member's phone.  For example,

**COMPLAINT FOR PATENT INFRINGEMENT**

1  you can set a Schedule Check for 4:00PM every weekday to make sure your child gets home from

2  school when you expect them. Once you create a Schedule Check, AT&T FamilyMap will locate

3  your family member's phone and send you the location via email or text message.").

4        71.    An account holder can assign labels such as "School," "Home," and "Work" to

5  places. *See* Exhibit 25 (AT&T FamilyMap – Help – How It Works – What are Schedule Checks?)

6  ("Choose the Place where you expect your family member to be at the time you will set in the

7  Schedule Check. If you haven't created any places yet, select New Place and you will be able to

8  make one.").

9        72.    AT&T FamilyMap does not allow an account holder to label two different places

10  with the same label. For example, an account holder cannot label two places "Work." *See* Exhibit

11  26.

12        73.    After an account holder sets up Schedule Checks for a family member, AT&T

13  FamilyMap will locate the family member's phone and send the account holder the location via

14  email or text message, as defined by the account holder. *See* Exhibit 25 (AT&T FamilyMap – Help

15  – How It Works – What are Schedule Checks?) ("Schedule Checks allow you to set a day and time

16  to automatically locate a family member's phone. For example, you can set a Schedule Check for

17  4:00PM every weekday to make sure your child gets home from school when you expect them.

18  Once you create a Schedule Check, AT&T FamilyMap will locate your family member's phone

19  and send you the location via email or text message."); *see also* Exhibit 19 (AT&T FamilyMap –

20  Help – How It Works) ("Want to verify that your child arrives home from school each day? Set up

21  a Schedule Check to automatically get location information sent to you via text message or

22  email.").

23        74.    AT&T has directly, indirectly, contributorily, and/or by inducement, infringed

24  claims of the '522 patent in this judicial district and elsewhere in the United States, literally and/or

25  under the doctrine of equivalents. *See* Exhibit 27 (identifying preliminary exemplary evidence of

26  AT&T's infringement of the '522 patent).

27        75.    AT&T does not have a license or permission to use the claimed subject matter in the

28  '522 patent.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

**COMPLAINT FOR PATENT
INFRINGEMENT**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

76.    AT&T's infringement of the '522 patent has been and is willful.

77.    AT&T knew or should have known of the '522 patent at least as early as April 29, 2008.

78.    The '522 Patent Application was cited on the face of AT&T's U.S. Patent No. 6,973,384, which issued on December 6, 2005 and is entitled "Automated location-intelligent traffic notification service systems and methods."

79.    The '522 Patent Application was cited on the face of AT&T's U.S. Patent No. 7,010,424, which issued on March 7, 2006 and is entitled "Methods and systems for reporting automotive traffic conditions in response to user-specific requests."

80.    The '522 Patent Application was cited on the face of AT&T's U.S. Patent No. 7,133,770, which issued on November 7, 2006 and is entitled "Methods and systems for reporting automotive traffic conditions in response to user-specific requests."

81.    The '522 Patent Application was cited on the face of AT&T's U.S. Patent No. 7,269,505, which issued on September 11, 2007 and is entitled "Automated location-intelligent traffic notification service systems and methods."

82.    The '522 Patent Application was cited on the face of AT&T's U.S. Patent No. 7,359,796, which issued on April 15, 2008 and is entitled "Methods and systems for reporting automotive traffic conditions in response to user-specific requests."

83.    The '522 Patent Application was cited on the face of AT&T's U.S. Patent No. 7,430,472, which issued on September 30, 2008 and is entitled "Automated location-intelligent traffic notification service systems and methods."

84.    AT&T's knowledge of the '522 patent is evidenced at least by its citation to U.S. Patent Application Pub. No. 2003/006212 in six of its issued patents.

85.    AT&T disregarded an objectively high likelihood that the making, using, selling, and offering to sell AT&T FamilyMap infringed the '522 patent.

86.    AT&T will continue to infringe the '522 patent, and thus cause irreparable injury and damage to IpVenture, unless enjoined by this Court.

COMPLAINT FOR PATENT
INFRINGEMENT

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

## COUNT III

## SPRINT'S WILLFUL INFRINGEMENT OF PATENT NO. 7,366,522

87.     IpVenture restates and realleges each of the allegations set forth above and incorporates them herein.

88.     Sprint is a wireless telecommunications provider with over 48.2 million wireless customers.  *See* Exhibit 28 (Sprint Nextel Reports Second Quarter 2010 Results).

89.     Sprint offers a product and/or service called Sprint Family Locator.

90.     Sprint Family Locator "empowers Moms and Dads to locate loved ones from the web or their mobile phones.  Using GPS technology already built into Sprint phones, parents can view their child's location on an interactive map."  *See* Exhibit 29 (Family Locator Quick Start Guide).

91.     Sprint Family Locator is available to wireless customers with compatible phones from the same account.  Once signed up for Sprint Family Locator, an account holder can locate compatible phones from other accounts.  *See* Exhibit 29 (Family Locator Quick Start Guide).

92.     After 15 days of free service, Sprint charges $5.00 per month to locate up to four phones.  *See* Exhibit 30 (Sprint Family Locator – About) ("First 15 days FREE, then $5 per month to locate 4 phones.  Cancel any time from the web during the trial period.  No obligation.").

93.     Account holders who sign up for Sprint Family Locator sign in to the service using a password and phone number.  *See* Exhibit 31 (Sprint Family Locator – Help – Signing Up) ("Signing up for Sprint Family Locator is easy.  Simply visit http://www.sprint.com/familylocator and click the link that says Sign Up Now.  Enter your mobile phone number and you will receive a text message with a temporary password."); *see also* Exhibit 32 (Sprint Family Locator – Help – Locating) ("Sprint Family Locator has a mobile browser application that allows you to locate your family members from any mobile phone.  Simply point your phone browser to www.SFLmobile.com and sign in with the same phone number and password you use to access Sprint Family Locator from your computer.").

94.     Sprint Family Locator allows an account holder to locate his/her family members' wireless phones from the account holder's mobile phone or computer.  *See* Exhibit 29 (Family

COMPLAINT FOR PATENT
INFRINGEMENT

1  Locator Quick Start Guide) ("Keep Your Family Safe with Sprint Family Locator! Sprint Family

2  Locator allows you to locate your loved ones using their Sprint phones."); *see also* Exhibit 32

3  (Sprint Family Locator – Help – Locating) ("Sprint Family Locator has a mobile browser

4  application that allows you to locate your family members from any mobile phone. Simply point

5  your phone browser to www.SFLmobile.com and sign in with the same phone number and

6  password you use to access Sprint Family Locator from your computer.").

7       95.    Sprint Family Locator uses a combination of different techniques to locate a phone.

8  *See* Exhibit 33 (Sprint Family Locator – Help – How It Works – How accurate is Sprint Family

9  Locator?).

10      96.    Sprint Family Locator operates on a wireless network.

11      97.    Sprint Family Locator includes a server, including, but not limited to, a server found

12  at www.SFLmobile.com. *See* Exhibit 32 (Sprint Family Locator – Help – Locating) ("Sprint

13  Family Locator has a mobile browser application that allows you to locate your family members

14  from any mobile phone. Simply point your phone browser to www.SFLmobile.com and sign in

15  with the same phone number and password you use to access Sprint Family Locator from your

16  computer.").

17      98.    The server found at www.SFLmobile.com is accessible through a wireless network.

18  *See* Exhibit 32 (Sprint Family Locator – Help – Locating) ("Sprint Family Locator has a mobile

19  browser application that allows you to locate your family members from any mobile phone. Simply

20  point your phone browser to www.SFLmobile.com and sign in with the same phone number and

21  password you use to access Sprint Family Locator from your computer.").

22      99.    An account holder can access family members' locations through the Internet. *See*

23  Exhibit 31 (Sprint Family Locator – Help – Signing Up) ("Signing up for Sprint Family Locator is

24  easy. Simply visit http://www.sprint.com/familylocator and click the link that says Sign Up Now.

25  Enter your mobile phone number and you will receive a text message with a temporary

26  password."); *see also* Exhibit 32 (Sprint Family Locator – Help – Locating) ("Sprint Family

27  Locator has a mobile browser application that allows you to locate your family members from any

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81793441.1

- 17 -

**COMPLAINT FOR PATENT INFRINGEMENT**

mobile phone.  Simply point your phone browser to www.SFLmobile.com and sign in with the same phone number and password you use to access Sprint Family Locator from your computer.").

100.   Sprint Family Locator gives an account holder the ability to control the visibility of the locations of mobile phones on the account.  *See* Exhibit 34 (Sprint Family Locator – Help – Security & Privacy) ("Sprint knows that your location information is sensitive and has taken steps to ensure that information is secure.  All of your location information is stored in a secure facility and is deleted in seven-day intervals.").

101.   "For security reasons, phones receive a text message from Sprint Family Locator when they become locatable.  Additionally, locatable phones receive a periodic notification via text message that they can be located.  These messages are received about once a month." *See* Exhibit 34 (Sprint Family Locator – Help – Security & Privacy).

102.   If an account holder is locating phones that are not on the same account, these phones will receive notifications every time they are located.  *See* Exhibit 34 (Sprint Family Locator – Help – Security & Privacy) ("If you are locating any phones that are not on your same Sprint account, these phones will receive notifications every time you locate them.").

103.   Sprint Family Locator is not able to locate phones that have been powered off.  *See* Exhibit 35 (Sprint Family Locator – Why don't I always get a location?) (listing "The phone is powered off" under "Why don't I always get a location?").

104.   An account holder can set up a Safety Check to verify that his or her child arrived home from school each day.  *See* Exhibit 36 (Sprint Family Locator – Help – How It Works – What are Safety Checks?) ("Safety Checks allow you to set a day and time to automatically locate a family member.  For example, you can set a Safety Check for 4:00PM every weekday to make sure your child gets home from school safely.  Once you create a Safety Check, Sprint Family Locator will locate your family member and send you the location via email or text message.").

105.   An account holder can assign labels such as "School," "Home," and "Work" to places.  *See* Exhibit 36 (Sprint Family Locator – Help – How It Works – What are Safety Checks?) ("Choose the Place where you expect your family member to be at the time you will set in the

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

**COMPLAINT FOR PATENT
INFRINGEMENT**

Safety Check.  If you haven't created any places yet, select New Place and you will be able to make one.").

106.    Sprint Family Locator does not allow an account holder to label two different places with the same label.  For example, an account holder cannot label two places "Work." *See* Exhibit 37.

107.    After an account holder sets up Safety Checks for a family member, Sprint Family Locator will locate the family member's phone and send the account holder the location via email or text message, as defined by the account holder.  *See* Exhibit 36 (Sprint Family Locator – Help – How It Works – What are Safety Checks?) ("Safety Checks allow you to set a day and time to automatically locate a family member.  For example, you can set a Safety Check for 4:00PM every weekday to make sure your child gets home from school safely.  Once you create a Safety Check, Sprint Family Locator will locate your family member and send you the location via email or text message.").

108.    Sprint has directly, indirectly, contributorily, and/or by inducement, infringed claims of the '522 patent in this judicial district and elsewhere in the United States, literally and/or under the doctrine of equivalents.  *See* Exhibit 38 (identifying preliminary exemplary evidence of Sprint's infringement of the '522 patent).

109.    Sprint does not have a license or permission to use the claimed subject matter in the '522 patent.

110.    Sprint's infringement of the '522 patent has been and is willful.

111.    Sprint knew or should have known of the '522 patent at least as early as April 29, 2008.

112.    The '522 Patent Application was cited on the face of Sprint's U.S. Patent No. 7,395,075, which issued on July 1, 2008 and is entitled "System and method for collecting continuous location updates while minimizing overall network utilization."

113.    Sprint's knowledge of the '522 patent is evidenced at least by its citation to the '522 Patent Application in one of its issued patents.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

**COMPLAINT FOR PATENT INFRINGEMENT**

114.    Sprint disregarded an objectively high likelihood that the making, using, selling, and offering to sell Sprint Family Locator infringed the '522 patent.

115.    Sprint will continue to infringe the '522 patent, and thus cause irreparable injury and damage to IpVenture, unless enjoined by this Court.

## PRAYER FOR RELIEF

**WHEREFORE**, IpVenture prays for the following relief:

1.    A declaration that the Defendants have infringed the '522 Patent, and are liable to IpVenture for infringement.

2.    A declaration that Defendants' infringement has been willful.

3.    An award of damages adequate to compensate IpVenture for Defendants' infringement of the '522 patent.

4.    An award of treble damages pursuant to 35 U.S.C. §284 for Defendants' willful infringement.

5.    A post-judgment equitable accounting of damages for the period of infringement of the Asserted Patents following the period of damages established by IpVenture at trial.

6.    An order enjoining the Defendants from infringing, inducing others to infringe, or contributing to the infringement of the '522 patent.

7.    If a permanent injunction is not granted, a judicial determination of the conditions of future infringement such as a royalty bearing compulsory license or such other relief as the Court deems appropriate.

8.    An order requiring the Defendants to deliver for destruction all infringing products in its possession.

9.    A finding that this case is exceptional pursuant to 35 U.S.C. §285.

10.    An award of prejudgment interest, costs and disbursements, and attorney fees.

/ / /

/ / /

/ / /

/ / /

**COMPLAINT FOR PATENT
INFRINGEMENT**

11.    Such other and further relief as the Court deems IpVenture may be entitled to in law and equity.

DATED:  October 20, 2010             **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  _____
          David Martinez

David Martinez, CA Bar No. 193183
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5900

Ronald J. Schutz (*pro hac vice to be submitted*)
Mary E. Kiedrowski (*pro hac vice to be submitted*)
Angela M. Munoz-Kaphing (*pro hac vice to be submitted*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181

**ATTORNEYS FOR PLAINTIFF
IPVENTURE, INC.**

81793441.1

- 21 -

**COMPLAINT FOR PATENT
INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

IpVenture demands a jury trial on all issues so triable.

DATED:  October 20, 2010                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _David Martinez_____
       David Martinez

David Martinez, CA Bar No. 193183
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5900

Ronald J. Schutz (*pro hac vice to be submitted*)
Mary E. Kiedrowski (*pro hac vice to be submitted*)
Angela M. Munoz-Kaphing (*pro hac vice to be submitted*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181

**ATTORNEYS FOR PLAINTIFF
IPVENTURE, INC.**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81793441.1

- 22 -

**COMPLAINT FOR PATENT
INFRINGEMENT**