| | |
|---|---|
| David Martinez, CA Bar No. 193183<br>DMartinez@rkmc.com<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br><br>Ronald J. Schutz (admitted *pro hac vice*)<br>RJSchutz@rkmc.com<br>Mary E. Kiedrowski (*pro hac vice pending*)<br>MEKiedrowski@rkmc.com<br>Angela M. Munoz-Kaphing *(*admitted *pro hac vice)*<br>AMMunoz@rkmc.com<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181<br><br>Attorneys for Plaintiff IpVenture, Inc. | James M. Shin, CA Bar No. 200161<br>**SNR DENTON US LLP**<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304-1125<br>Telephone: (650) 798-0300<br>Facsimile: (650) 798-0310<br><br>Mark L. Hogge (*pro hac vice* pending)<br>Shailendra K. Maheshwari (*pro hac vice* pending)<br>**SNR DENTON US LLP**<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, D.C. 20005<br>Telephone: (202) 408-6400<br>Facsimile: (202) 408-6399<br><br>Attorneys for Defendants Sprint Nextel Corporation and Sprint Spectrum, LP |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IPVENTURE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership, AT&T INC., a Delaware corporation, AT&T MOBILITY, LLC, a Delaware limited liability company, SPRINT NEXTEL CORPORATION, a Kansas corporation, and SPRINT SPECTRUM, LP, a Delaware limited partnership,<br><br>Defendants. | Case No. CV 10-04755 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PARTY** |

/ / /

Case No. CV 10-04755 JSW            STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PARTY

Plaintiff IPVENTURE, Inc. ("Plaintiff") and Defendants Sprint Nextel Corporation and Sprint Spectrum, LP ("Defendants") jointly submit this Stipulation regarding the substitution of Nextel Operations, Inc. as Defendant in place of Defendant Sprint Nextel Corporation.

WHEREAS, Plaintiff filed this action for infringement of U.S. Patent No. 7,366,522 (`522 Patent) against Sprint Nextel Corporation and Sprint Spectrum, LP on October 20, 2010.

WHEREAS, since that time, counsel for Sprint Nextel Corporation contacted counsel for Plaintiff to explain its position that Sprint Nextel Corporation is merely a holding company that does not actually make or distribute any products that Plaintiff would accuse of infringing the `522 patent.

WHEREAS, counsel for Plaintiff and counsel for Sprint Nextel Corporation have agreed that Sprint Spectrum, LP (a limited partnership organized under the laws of the State of Delaware) and Nextel Operations, Inc. (a corporation organized under the laws of the State of Delaware) are the proper parties to this litigation and should be substituted for Sprint Nextel Corporation as defendants in the above-captioned matter so that all claims made against Sprint Nextel Corporation are now made against Sprint Spectrum, LP and Nextel Operations, Inc.

WHEREAS, no prejudice results from substitution of these parties because none of the parties to this lawsuit have filed answers or responsive pleadings, discovery has not commenced, and no scheduling or party joinder orders are in place.

WHEREAS, the substitution of Nextel Operations, Inc. is without prejudice to IpVenture's ability to re-file its complaint against Sprint Nextel Corporation.

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between IpVenture, Sprint Nextel Corporation and Sprint Spectrum, LP, that:

///

///

Nextel Operations, Inc. be substituted in place of Defendant Sprint Nextel Corporation in the above styled and numbered cause, and Sprint Nextel Corporation is dismissed without prejudice.

DATED: December 17, 2010 **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Ronald J. Schutz
     Ronald J. Schutz

**Counsel for Plaintiff**
**IPVENTURE, INC.**

DATED: December 17, 2010 **SNR DENTON US LLP**

By: /s/ James M. Shin
     James M. Shin

**Counsel for Defendants**
**SPRINT NEXTEL CORPORATION and**
**SPRINT SPECTRUM, LP**

Case No. CV 10-04755 JSW     - 3 -     STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PARTY

## [PROPOSED] ORDER

Before the Court is the Stipulation by Plaintiff IPVENTURE, Inc. and Defendants Sprint Nextel Corporation and Sprint Spectrum, LP to Substitute Party. Having considered the Stipulation, and finding that good cause exists and the relief sought is justified, it is hereby ORDERED that Nextel Operations, Inc. be substituted in place of Defendant Sprint Nextel Corporation in the above styled and numbered cause, and Sprint Nextel Corporation is dismissed without prejudice. The case caption in the above styled and numbered cause will hereby reflect this party substitution.

Dated: December 17, 2010

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Case No. CV 10-04755 JSW — - 4 - — STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PARTY