IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVENTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP ET AL, <br><br> Defendants. | No. C 10-04755 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE ON ALL PENDING MOTIONS TO DISMISS** |

This matter is currently set for a hearing on February 4, 2011 on multiple defendants' motions to dismiss. The Court HEREBY ORDERS that oppositions to the motions shall be filed by no later than January 5, 2011 and reply briefs shall be filed by no later than January 14, 2011.

If the Court determines that the matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 20, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE