1  DAVID MARTINEZ (CA Bar No. 193183)
   DMartinez@rkmc.com
2  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
3  Los Angeles, CA 90067-3208
   Telephone: (310) 552-0130
4  Facsimile: (310) 229-5800
   *Counsel for Plaintiff IpVenture, Inc.*
5
   VINCENT J. BELUSKO (CA Bar No. 100282)
6  VBelusko@mofo.com
   **MORRISON & FOERSTER LLP**
7  555 West Fifth Street, Suite 3500
   Los Angeles, California 90013-1024
8  Telephone: (213) 892-5200
   Facsimile: (213) 892-5454
9  *Counsel for Defendant Cellco Partnership*

10 JAMES M. SHIN (CA Bar No. 200161)
   James.Shin@snrdenton.com
11 **SNR DENTON US LLP**
   1530 Page Mill Rd., Suite 200
12 Palo Alto, California 94304-1125
   Telephone: (650) 798-0300
13 Facsimile: (650) 798-0310
   *Counsel for Defendants AT&T Mobility, LLC,*
14 *Nextel Operations, Inc., and Sprint Spectrum, LP*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IPVENTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY, LLC, NEXTEL OPERATIONS, INC. and SPRINT SPECTRUM, LP, <br><br> Defendants. | Case No. 3:10-cv-04755-JSW <br><br> [PROPOSED] ORDER SETTING PRE-*MARKMAN* CASE SCHEDULE |

Following the April 8, 2011 Case Management Conference ("CMC"), during which the Court set dates for the Claim Construction Tutorial and the Claim Construction Hearing (as confirmed in the Court's April 8, 2011 Civil Minute Order), the parties jointly proposed the below pre-*Markman* case schedule that the Court hereby adopts:

[Proposed] Order Setting Pre-Markman Case Schedule   1              Case No. 3:10-cv-04755-JSW

| Event | Pre-*Markman* Schedule |
|---|---|
| Initial Disclosures (FRCP 26(a)(1)) | February 25, 2011 |
| Opening of Fact Discovery | February 25, 2011 |
| Infringement Contentions and Accompanying Document Production (Patent L.R. 3-1 and 3-2) | February 25, 2011 |
| Initial Case Management Conference | February 25, 2011 |
| Invalidity Contentions and Accompanying Document Production (Patent L.R. 3-3 and 3-4) | May 3, 2011 at 7:00 a.m. Pacific time |
| Mutual Exchange of Claim Terms for Construction (Patent L.R. 4-1) | May 13, 2011 |
| Mediation Completion Deadline (ADR LR 3-6) | May 11, 2011 |
| Mutual Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | June 3, 2011 |
| Parties file a Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | June 28, 2011 |
| Claim Construction Discovery Completed (Patent L.R. 4-4) | July 28, 2011 |
| Plaintiff to File and Serve Opening Brief with Supporting Evidence regarding Claim Construction (Patent L.R. 4-5(a)) | August 12, 2011 |
| Defendants to File and Serve Responsive Brief(s) with Supporting Evidence regarding Claim Construction (Patent L.R. 4-5(b)) | August 31, 2011 |
| Plaintiff to File and Serve Reply Brief with Supporting Evidence regarding Claim Construction (Patent L.R. 4-5(c)) | September 9, 2011 |
| Claim Construction Tutorial | October 19, 2011 at 1:30 p.m. |
| Claim Construction Hearing (Patent L.R. 4-6) | October 26, 2011 at 1:30 p.m. |
| Deadline for amending pleadings | November 1, 2011 |

Following issuance of a claim construction ruling, the Court will conduct a second Case Management Conference to set the post-*Markman* schedule for the rest of this case.

IT IS SO ORDERED.

Dated: May 2, 2011

_____
UNITED STATES DISTRICT JUDGE