| | |
|---|---|
| David Martinez, CA Bar No. 193183<br>DMartinez@rkmc.com<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br><br>Ronald J. Schutz (admitted *pro hac vice*)<br>RJSchutz@rkmc.com<br>Mary E. Kiedrowski (admitted *pro hac vice*)<br>MEKiedrowski@rkmc.com<br>Angela M. Munoz-Kaphing (admitted *pro hac vice*)<br>AMMunoz@rkmc.com<br>Christine S. Yun Sauer (admitted *pro hac vice*)<br>CSYunSauer@rkmc.com<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181<br><br>Attorneys for Plaintiff<br>IPVENTURE, INC. | Vincent J. Belusko<br>VBelusko@mofo.com<br>Martin M. Noonen<br>MNoonen@mofo.com<br>Alex S. Yap<br>AYap@mofo.com<br>**MORRISON & FOERSTER, LLP**<br>555 W. Fifth St.<br>Suite 3500<br>Los Angeles, CA 90013<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br><br>Attorneys for Defendant CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVENTURE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership, AT&T MOBILITY, LLC, a Delaware limited liability company, SPRINT SPECTRUM, LP, a Delaware limited partnership and NEXTEL OPERATIONS, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV 10-04755 JSW<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL AND FINAL JUDGMENT** |

Pursuant to the Joint Stipulated Motion for Dismissal and Final Judgment (the "Motion") filed by Plaintiff IpVenture, Inc. ("IpVenture") and Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and the representations made by IpVenture and Verizon in that Motion, the Court ORDERS the following:

1. Any and all claims IpVenture asserted against Verizon in the above-styled lawsuit are dismissed with prejudice.

2. IpVenture and Verizon shall bear their own costs and expenses incurred in or related to the above-styled and numbered lawsuit as to the claims between them.

The Court ORDERS that this is a final judgment on all claims asserted by IpVenture against Verizon, and directs entry of final judgment accordingly.

DATED: August 11, 2011

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

Case No. CV 10-04755 JSW

- 1 -

[PROPOSED] ORDER GRANTING JOINT STIPULATED DISMISSAL