ANGELA M. MUNOZ (MN Bar No. 0389207) (*admitted pro hac vice*)
ammunoz@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalleAvenue
Minneapolis, MN, 55402
Telephone: 612-349-0173
Facsimile: 612-339-4181
*Counsel for Plaintiff IpVenture, Inc.*

IMRAN A. KHALIQ (CA Bar No. 232607)
Imran.khaliq@snrdenton.com
**SNR DENTON US LLP**
1530 Page Mill Rd., Suite 200
Palo Alto, California 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310
*Counsel for Defendants AT&T Mobility, LLC,
Nextel Operations, Inc., and Sprint Spectrum, LP*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IPVENTURE, INC., | Case No. 3:10-cv-04755-JSW |
| Plaintiff, | [~~PROPOSED~~] **ORDER EXTENDING** *MARKMAN* **BRIEFING SCHEDULE** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, NEXTEL OPERATIONS, INC. and SPRINT SPECTRUM, LP, | |
| Defendants. | |

Having considered the Joint Stipulation filed by Plaintiff IpVenture, Inc. and Defendants AT&T Mobility LLC ("AT&T), Sprint Spectrum, LP and Nextel Operations, Inc. ("Sprint") to extend the *Markman* briefing schedule for Defendants' Responsive Claim Construction Brief and Plaintiff's Reply Brief by 2 days, and finding good cause for this request, the Court hereby GRANTS the parties' joint request such that the remaining *Markman* schedule shall be as follows:

| Event | Remaining *Markman* Schedule |
|---|---|
| Defendants to File and Serve Responsive Brief(s) with Supporting Evidence regarding Claim Construction (Patent L.R. 4-5(b)) | September 2, 2011 |
| Plaintiff to File and Serve Reply Brief with Supporting Evidence regarding Claim Construction (Patent L.R. 4-5(c)) | September 13, 2011 |
| Claim Construction Tutorial | October 19, 2011 at 1:30 p.m. |
| Claim Construction Hearing (Patent L.R. 4-6) | October 26, 2011 at 1:30 p.m. |

IT IS SO ORDERED.

Dated: __August 29__, 2011

_____
UNITED STATES DISTRICT JUDGE