UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IPVENTURE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY, LLC, NEXTEL OPERATIONS, INC. and SPRINT SPECTRUM, LP,<br><br>　　　　　Defendants. | Case No. 3:10-cv-04755-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING MODIFIED DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION UNDER CIVIL L.R. 7-11 REQUESTING A CONTINUANCE OF THE CLAIM CONSTRUCTION TUTORIAL AND HEARING DATE DUE TO A SCHEDULING CONFLICT |

THIS MATTER comes before the Court on Defendants AT&T Mobility LLC's, Nextel Operations, Inc.'s and Sprint Spectrum, LP's Unopposed Administration Motion Under Civil L.R. 7-11 Requesting a Continuance of the Claim Construction Tutorial and Hearing Date Due to a Scheduling Conflict.

Having reviewed and considered the papers submitted in support of the motion, the Court hereby GRANTED: Due to the Court's scheduling conflicts,

　　1.　　The Claim Construction Tutorial shall be reset from November 2, 2011 to February 15, 2012 ~~December 13, 2011~~ at 1:30 p.m.

　　2.　　The Claim Construction Hearing shall be reset from November 9, 2011 to February 22, 2012 ~~December 20, 2011~~ at 1:30 p.m.

Dated: __October 19__, 2011　　　　　___/s/ Jeffrey S. White___
　　　　　　　　　　　　　　　　　　　　　Honorable Jeffrey S. White

14979709\V-1

[PROPOSED] ORDER　　　　　　　1　　　　　　　CASE NO. 3:10-cv-04755-JSW