1  DAVID MARTINEZ (CA Bar No. 193183)
   DMartinez@rkmc.com
2  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
3  Los Angeles, CA 90067-3208
   Telephone: (310) 552-0130
4  Facsimile: (310) 229-5800
   *Counsel for Plaintiff IpVenture, Inc.*

6  JAMES M. SHIN (CA Bar No. 200161)
   James.Shin@snrdenton.com
7  **SNR DENTON US LLP**
   1530 Page Mill Rd., Suite 200
8  Palo Alto, California 94304-1125
   Telephone: (650) 798-0300
9  Facsimile: (650) 798-0310
   *Counsel for Defendants AT&T Mobility, LLC,*
10 *Nextel Operations, Inc., and Sprint Spectrum, LP*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IPVENTURE, INC., | Case No. 3:10-cv-04755-JSW |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY, LLC, NEXTEL OPERATIONS, INC. and SPRINT SPECTRUM, LP, | |
| Defendants. | |

Pursuant to the Joint Stipulation Regarding Deadline for Amending Pleadings filed by Plaintiff IpVenture, Inc. ("IpVenture") and Defendants AT&T Mobility, LLC, Nextel Operations, Inc. and Sprint Spectrum, LP the Court ORDERS that the deadline for amending pleadings is changed from November 1, 2011 to March 1, 2012.

DATED: __November 1__, 2011           ___/s/ Jeffrey S. White___
                                       The Honorable Jeffrey S. White
                                       UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER                                    Case No. 3:10-cv-04755-JSW