David Martinez, CA Bar No. 193183
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

Ronald J. Schutz (admitted *pro hac vice*)
RJSchutz@rkmc.com
Angela M. Munoz-Kaphing (admitted *pro hac vice*)
AMMunoz@rkmc.com
Christine S. Yun Sauer (admitted *pro hac vice*)
CSYunSauer@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181

Attorneys for Plaintiff
IPVENTURE, INC.

Imran A. Khaliq (CA Bar. No. 232607)
Imran.Khaliq@snrdenton.com
**SNR DENTON US LLP**
1530 Page Mill Rd., Suite 200
Palo Alto, California 94304-1125
Telephone:  (650) 798-0300
Facsimile:  (650) 798-0310

Mark L. Hogge (*pro hac vice*)
mark.hogge@snrdenton.com
Shailendra Maheshwari (*pro hac vice*)
shailendra.maheshwari@snrdenton.com
**SNR DENTON US LLP**
1301 K Street, Suite 600
Washington, D.C. 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

Attorneys for Defendants AT&T
MOBILITY LLC, NEXTEL
OPERATIONS, INC. and SPRINT
SPECTRUM, LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVENTURE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership, AT&T MOBILITY, LLC, a Delaware limited liability company, SPRINT SPECTRUM, LP, a Delaware limited partnership and NEXTEL OPERATIONS, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV 10-04755 JSW<br><br>[~~PROPOSED~~] ORDER |

Case No. CV 10-04755 JSW

[PROPOSED] ORDER

Pursuant to the Joint Stipulation requesting a 30-day continuance of the case schedule filed by Plaintiff IpVenture, Inc. and Defendants AT&T Mobility, LLC, Nextel Operations, Inc. and Sprint Spectrum, LP, the Court hereby GRANTS the parties' joint request such that the remaining *Markman* schedule and deadline for amending pleadings shall be as follows:

| Event | Schedule |
|---|---|
| Claim Construction Tutorial | March 14, 2012 at 1:30 p.m. |
| Claim Construction Hearing | March 21, 2012 at 1:30 p.m. |
| Deadline for Amending Pleadings | April 2, 2012 |

DATED: February 8, 2012

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

Case No. CV 10-04755 JSW

- 1 -                                                              [PROPOSED] ORDER