| | |
|---|---|
| David Martinez, CA Bar No. 193183<br>DMartinez@rkmc.com<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800 | Imran A. Khaliq (CA Bar. No. 232607)<br>Imran.Khaliq@snrdenton.com<br>**SNR DENTON US LLP**<br>1530 Page Mill Rd., Suite 200<br>Palo Alto, California 94304-1125<br>Telephone: (650) 798-0300<br>Facsimile: (650) 798-0310 |
| Ronald J. Schutz (admitted *pro hac vice*)<br>RJSchutz@rkmc.com<br>Angela M. Munoz-Kaphing (admitted *pro hac vice*)<br>AMMunoz@rkmc.com<br>Christine S. Yun Sauer (admitted *pro hac vice*)<br>CSYunSauer@rkmc.com<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181 | Mark L. Hogge (*pro hac vice*)<br>mark.hogge@snrdenton.com<br>Shailendra Maheshwari (*pro hac vice*)<br>shailendra.maheshwari@snrdenton.com<br>**SNR DENTON US LLP**<br>1301 K Street, Suite 600<br>Washington, D.C. 20005<br>Telephone: (202) 408-6400<br>Facsimile: (202) 408-6399 |
| Attorneys for Plaintiff<br>IPVENTURE, INC. | Attorneys for Defendants AT&T<br>MOBILITY LLC, NEXTEL<br>OPERATIONS, INC. and SPRINT<br>SPECTRUM, LP |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IPVENTURE, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership, AT&T MOBILITY, LLC, a Delaware limited liability company, SPRINT SPECTRUM, LP, a Delaware limited partnership and NEXTEL OPERATIONS, INC., a Delaware corporation,<br><br>    Defendants. | Case No. CV 10-04755 JSW<br><br>[~~PROPOSED~~] ORDER<br>GRANTING CONTINUANCE AS MODIFIED |

Case No. CV 10-04755 JSW

[~~PROPOSED~~] ORDER

Pursuant to the Joint Stipulation requesting a 30-day continuance of the case schedule filed by Plaintiff IpVenture, Inc. and Defendants AT&T Mobility, LLC, Nextel Operations, Inc. and Sprint Spectrum, LP, the Court hereby GRANTS the parties' joint request such that the remaining *Markman* schedule and deadline for amending pleadings shall be as follows:

| Event | Schedule | |
|---|---|---|
| Claim Construction Tutorial | ~~April 18, 2012~~ at 1:30 p.m. | June 5, 2012 |
| Claim Construction Hearing | ~~April 25, 2012~~ at 1:30 p.m. | June 12, 2012 |
| Deadline for Amending Pleadings | ~~May 1, 2012~~ | June 25, 2012 |

DATED: March _7_, 2012

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

Case No. CV 10-04755 JSW

- 1 -

~~[PROPOSED]~~ ORDER