| | |
|---|---|
| David Martinez, CA Bar No. 193183<br>DMartinez@rkmc.com<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone:  (310) 552-0130<br>Facsimile:   (310) 229-5800 | Imran A. Khaliq (CA Bar. No. 232607)<br>Imran.Khaliq@snrdenton.com<br>**SNR DENTON US LLP**<br>1530 Page Mill Rd., Suite 200<br>Palo Alto, California 94304-1125<br>Telephone:  (650) 798-0300<br>Facsimile:  (650) 798-0310 |
| Ronald J. Schutz (admitted *pro hac vice*)<br>RJSchutz@rkmc.com<br>Mary E. Kiedrowski (admitted *pro hac vice*)<br>MEKiedrowski@rkmc.com<br>Angela M. Munoz-Kaphing (admitted *pro hac vice*)<br>AMMunoz@rkmc.com<br>Christine S. Yun Sauer (admitted *pro hac vice*)<br>CSYunSauer@rkmc.com<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone:   (612) 349-8500<br>Facsimile:    (612) 339-4181 | Mark L. Hogge (*pro hac vice*)<br>mark.hogge@snrdenton.com<br>Shailendra Maheshwari (*pro hac vice*)<br>shailendra.maheshwari@snrdenton.com<br>**SNR DENTON US LLP**<br>1301 K Street, Suite 600<br>Washington, D.C. 20005<br>Telephone: (202) 408-6400<br>Facsimile: (202) 408-6399 |
| Attorneys for Plaintiff<br>IPVENTURE, INC. | Attorneys for Defendants AT&T<br>MOBILITY LLC, NEXTEL<br>OPERATIONS, INC. and SPRINT<br>SPECTRUM, LP |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVENTURE, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership, AT&T MOBILITY, LLC, a Delaware limited liability company, SPRINT SPECTRUM, LP, a Delaware limited partnership and NEXTEL OPERATIONS, INC., a Delaware corporation,<br><br>            Defendants. | Case No.  CV 10-04755 JSW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL AND FINAL JUDGMENT** |

Case No. CV 10-04755 JSW                                                        [PROPOSED] ORDER GRANTING JOINT
                                                                                                         STIPULATED DISMISSAL

Pursuant to the Joint Stipulated Motion for Dismissal and Final Judgment (the "Motion") filed by Plaintiff IpVenture, Inc. ("IpVenture") and Defendants AT&T Mobility, LLC, Sprint Spectrum, LP, and Nextel Operations, Inc. ("Defendants"), and the representations made by IpVenture and Defendants in that Motion, the Court ORDERS the following:

1. Any and all claims IpVenture asserted against Defendants in the above-styled lawsuit are dismissed with prejudice.

2. IpVenture and Defendants shall bear their own costs and expenses incurred in or related to the above-styled and numbered lawsuit as to the claims between them.

The Court ORDERS that this is a final judgment on all claims asserted by IpVenture against Defendants, and directs entry of final judgment accordingly.

DATED: May 7, 2012        _____
                          The Honorable Jeffrey S. White
                          UNITED STATES DISTRICT COURT JUDGE

Case No. CV 10-04755 JSW

- 1 -

[PROPOSED] ORDER GRANTING JOINT STIPULATED DISMISSAL